**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: THE MATTER OF FMT INDUSTRIES, LLC AND FLORIDA MARINE, LLC AS THE OWNER AND OWNER PRO HAC VICE OF THE M/V BIG D, PETITIONING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY** | **CIVIL ACTION NO. 23-2388 c/w 23-2426**<br><br>**SECTION: I**<br><br>**JUDGE: AFRICK**<br><br>**MAGISTRATE JUDGE: ROBY**<br><br>***This pleading applies to all cases*** |

**WITNESS LIST OF LIMITATION PETITIONERS FMT INDUSTRIES, LLC AND FLORIDA MARINE, LLC; CLAIMANTS IN LIMITATION FMT INDUSTRIES, LLC. FLORIDA MARINE, LLC, AND PBC MANAGEMENT, LLC; AND THIRD-PARTY DEFENDANTS PBC MANAGEMENT, LLC AND FLORIDA MARINE TRANSPORTERS, LLC**

**NOW INTO COURT**, through undersigned counsel, come, Limitation Petitioners**,** FMT Industries, LLC and Florida Marine, LLC; Claimants in Limitation FMT Industries, LLC. Florida Marine, LLC, and PBC Management, LLC; and Third-Party Defendants PBC Management, LLC and Florida Marine Transporters, LLC who, in accordance with this Court's *Scheduling Order*, submit the following witnesses they may call to testify at trial of this matter:

1. Jackie L. Burns – Captain
   5745 Mullins Cove Road
   Whitwell, TN 37397

2. Dustin L. Harris – Deckhand
   1650 S. Roanoke Avenue
   Springfield, Missouri 65807

3. Isaiah E. Marquez – Deckhand
   3645 Peachtree Street
   Slidell, LA 70458

4. Garvin O'Quinn – Relief Captain
   1700 Chess Jones Road
   Franklinton, LA 70438

5. Jaylin Johnson – Deckhand
   65 Shelby Magee Road
   Collins, MS 39428

6. Connor McKnight – Deckmate
   5171 Medicine Bow Street
   Milton, FL 32570

7. Cody Melvin – Deckineer
   5531 Bob Sikes Road
   DeFuniak Springs, FL.

8. Janice Tyson
   Florida Marine
   2360 5th St.
   Mandeville, LA 70471

9. Rhonda Lamulle
   Florida Marine
   2360 5th St.
   Mandeville, LA 70471

10. Tim Callais
    Florida Marine
    2360 5th St.
    Mandeville, LA 70471

11. Kevin Perrilioux
    Florida Marine
    2360 5th St.
    Mandeville, LA 70471

12. Jeremy Porche
    Florida Marine
    2360 5th St.
    Mandeville, LA 70471

13. Keith Lofton
    Florida Marine
    2360 5th St.
    Mandeville, LA 70471

14. Jason Kenney
    Staines, Eppling & Kenney
    3500 N. Causeway Blvd., #820
    Metairie, LA 70002

15. Ron Campana
    640 Brouilly Dr.
    Kenner, LA 70065

16. Joseph Gidman
    1620 S. Roanoke
    Springfield, MO 65807

17. Robert Flynt
    3013 Spain Street
    New Orleans, LA 70112

18. Jeffrey Johnson and/ or a representative of Johnson Marine Services
    Post Office Box 237
    Destrehan, LA 70047

19. A representative of River Services Company
    921 Distributors Row
    New Orleans, LA 70123

20. A representative of WQIS
    55 Broad Street
    New York, NY 10004

21. A representative of McKinney Salvage
    2500 S. River Road
    Baton Rouge, LA 70802

22. A representative of T&T Salvage
    9723 Teichman Road
    Galveston, TX 77554

23. A representative of Haynes Marrs and Associates, Marine Surveyors
    2780-D New Holt Road #380
    Paducah, KY 42201

24. The Captain and crew of the M/V CAROL A. MCMANUS

25. Van Lee Powell, Pilot on watch of the M/V CAROL MCMANUS

26. Brian Ketchum, Mate on the M/V CAROL MCMANUS
    Ingram Barge Company
    4400 Haring Road
    Nashville, TN 37205

27. Titus Smith, Deckhand on the M/V CAROL MCMANUS
    Ingram Barge Company
    4400 Harding Road
    Nashville, TN 37205

28. A representative(s) of Ingram Barge
    4400 Harding Road
    Nashville, TN 37205

29. A representative(s) of Florida Marine Industries, LLC and/or Florida Marine, LLC and/or PBC Management, LLC.
    2360 5th Street
    Mandeville, LA 70471

30. A representative of Mercy Clinic Healthtracks
    4331 S. Fremont Ave.
    Springfield, MO 65804

31. Dr. W. Patrick Collins
    Collins Eye Clinic
    1342 E. Primrose St. Suite B
    Springfield, MO 65804

32. Dr. Matthew F. Gornet and/or another representative
    The Orthopedic Clinic of St. Louis
    14825 N Outer 40 Rd. Suite 200
    Chesterfield, MO 63017

33. Dr. Matthew S. Ruyle and/or another representative
    MRI Partners of Chesterfield
    14825 N Outer 40 Rd. Suite 200
    Chesterfield, MO 63017

34. Dr. Helen Blake and/or another representative
    Orthopedic Surgery Center of Creve Couer
    760 Office Parkway
    Creve Couer, MO 63141

35. Dr. Susan Graves
    Cox Health
    3203 East Old St.
    Springfield, MO 65805

36. Rebecca Ann Prengler, M.D.
    Washington University in St. Louis School of Medicine
    Children's Hospital of St. Louis
    1 Brookings Dr.
    St. Louis, MO 65807

37. Maleewan Kitcharoensakkul, M.D.
    Washington University in St. Louis School of Medicine
    Children's Hospital of St. Louis
    1 Brookings Dr.
    St. Louis, MO 65807

38. Jeremy Rugen
    Mercy EMS Laclede County
    4331 S. Fremont Ave.
    Springfield, MO 65804

39. Melanie Miller
    Mercy EMS Laclede County
    1235 E. Cherokee St.
    Springfield, MO 65804

40. Royce David Moore, M.D.
    Mercy Orthopedic Hospital Springfield
    4331 S. Fremont Ave.
    Springfield, MO 65804

41. Houston S. Freeman, PT
    Mercy Sprots Medicine
    Mercy Clinic Healthtracks
    4331 S. Fremont Ave.
    Springfield, MO 65804

42. Ryan Davies, D.O.
    Mercy Hospital Springfield
    4331 S. Fremont Ave.
    Springfield, MO 65804

43. Michael P. Salat, M.D.
    Mercy Hospital Springfield
    4331 S. Fremont Ave.
    Springfield, MO 65804

44. Richard A. Seagrave, III, M.D.
    Mercy Orthopedic Hospital Springfield
    4331 S. Fremont Ave.
    Springfield, MO 65804

45. KarenS. Rakowski, PT
    Mercy Clinic Healthtracks
    4331 S. Fremont Ave.
    Springfield, MO 65804

46. Andrea L. Gullett, NP
    Cox Health
    3203 East Old St.
    Springfield, MO 65805

47. Jennifer Brasuell
    Marine Medical Consultants
    675 North Causeway Boulevard
    Mandeville, LA 70448

48. Dayni Langoni, PT
    Rehab Dynamics
    WorkSaver Systems
    675 North Causeway Blvd.
    Mandeville, LA 70448

49. Steven Pflung, M.D.
    Lakeview Regional Medical Center
    95 Judge Tanner Blvd.
    Covington, LA 70433

50. David Darmsteadter, M.D.
    Mercy Hospital Springfield
    4331 S. Fremont Ave.
    Springfield, MO 65804

51. Richard G. Roberts, M.D.
    STPH EMERG Mandeville
    St. Tammany Health System
    1202 South Tyler St.
    Covington, LA 70433

52. Keith LaCour, M.D.
    St. Tammany Parish Hospital
    1202 South Tyler St.
    Covington, LA 70433

53. Joseph Samuel Jones, DO
    Mercy Hospital Springfield
    4331 S. Fremont Ave.
    Springfield, MO 65804

54. Jordan Chance, M.D.
    Mercy Hospital Springfield
    4331 S. Fremont Ave.
    Springfield, MO 65804

55. Yolanda Kimbrough, BSN
    Vona Case Management
    29000 US Highway 98, #A101
    Daphne, AL 36526

56. Amy Hinkle, M.D.
    Mercy Hospital Springfield
    4331 S. Fremont Ave.
    Springfield, MO 65804

57. Adam Ross Todd, M.D.
    Mercy Hospital Springfield
    4331 S. Fremont Ave.
    Springfield, MO 65804

58. Pralik Khaliwada, M.D.
    Mercy Hospital Springfield
    4331 S. Fremont Ave.
    Springfield, MO 65804

59. Jordan C. Page, DO
    Mercy Hospital Springfield
    4331 S. Fremont Ave.
    Springfield, MO 65804

60. Roger Oghakian, M.D.
    Mercy Hospital Springfield
    4331 S. Fremont Ave.
    Springfield, MO 65804

61. Jamie Phelps, M.D.
    Mercy Hospital Springfield
    4331 S. Fremont Ave.
    Springfield, MO 65804

62. Colleen E. Gosser
    Mercy Hospital Springfield
    4331 S. Fremont Ave.
    Springfield, MO 65804

63. Lisa Andrade, RN
    Mercy Hospital Springfield
    4331 S. Fremont Ave.
    Springfield, MO 65804

64. JayD. Miller, RN
    Mercy Hospital Springfield
    4331 S. Fremont Ave.
    Springfield, MO 65804

65. Shreyans Bengani, M.D.
    Mercy Hospital Springfield
    4331 S. Fremont Ave.
    Springfield, MO 65804

66. Cindy Lynn Cole, PT
    Mercy Hospital Springfield
    4331 S. Fremont Ave.
    Springfield, MO 65804

67. Advait Sanjiv Mahulikar, M.D.
Mercy Hospital Springfield
4331 S. Fremont Ave.
Springfield, MO 65804

68. Foram Ashwinkumar Shan, M.D.
Mercy Hospital Springfield
4331 S. Fremont Ave.
Springfield, MO 65804

69. Tamon Barber Paige, M.D.
Mercy Hospital Springfield
4331 S. Fremont Ave.
Springfield, MO 65804

70. C. Chambliss Harrod, M.D.
The Spine Center at Bone & Joint Clinic of Baton Rouge
7301 Hennessy Blvd., #200
Baton Rouge, LA 70808

71. Hunter Christy, M.D.
Bluebonnet Imaging Center
4570 Bluebonnet Blvd., #A
Baton Rouge, LA 70809

72. Ann Conn, M.D.
9373 Baringer Road
Baton Rouge, LA 70817

73. Dr. Neil Duplantier and/or another representative
Bone and Joint Clinic
2600 Belle Chasse Hwy.
Gretna, LA 70056

74. Dr. Donald S. Adams
Neurologist
3800 Houma Boulevard, Suite 205
Metairie, LA 70006

75. Dr. Everett Robert
Southern Brain & Spine
3798 Veterans Blvd., Suite 200
Metairie, LA 70006

76. Dr. Matthew Holcomb
Jefferson Neurobehavioral Group
2901 N-I10 Service Road E, Suite 201
Metairie, LA 70002

77. Dr. Rebecca Metzinger
    Tulane University School of Medicine
    Department of Ophthalmology
    131 S. Robertson St., Suite 1201
    New Orleans, LA 790112

78. Dr. Jeffrey Laborde
    Metropolitan Health Group
    Dept. of Radiology
    1025 Kaliste Saloom Rd., #200
    Lafayette, LA 70508

79. Dr. Bradley Bartholomew
    2600 N. Hullen St.
    Metairie, LA 70002

80. Dr. Najeeb Thomas
    Southern Brain & Spine
    3798 Veterans Blvd., Suite 200
    Metairie, LA 70006

81. Pelican State Outpatient Center
    1525 Dickory Ave.
    New Orleans, LA 70123

82. Dr. Emma Lindsey
    East Jefferson General Hospital
    3600 Houma Blvd.
    Metairie, LA 70006

83. A representative of ISR Physical Therapy
    478 Corporate Dr.
    Houma, LA 70360

84. Lisa Hawk, M.D.
    1525 Dickory Ave.
    Harahan, LA 70123

85. Dr. William Tiemann
    DIS
    4241 Veterans Blvd., #200
    Metairie, LA 70005

86. Dr. William Alden
    2930 Canal St., Suite 200
    New Orleans, LA 70471

87. Representative of University Medical Center
    2000 Canal St.
    New Orleans, LA 70112

88. Representative of Tulane Lakeside Hospital
    4700 S. I-10 Service Road W
    Metairie, LA 70001

89. Dr. Kevin Martinez and/or other representative of Crescent City Surgical Center
    3017 Galleria Dr.
    Metairie, LA 70001

90. Representative of Memorial Hospital Gulfport
    4500 13th St.
    Gulfport, MS 39501

91. Representative of Ochsner Medical Center
    1514 Jefferson Highway
    Jefferson, LA 70121

92. Representative of Singing River Gulfport
    15200 Community Rd.
    Gulfport, MS 39503

93. Representative of Singing River Medical Clinic
    12121 Highway 49
    Gulfport, MS 39503

94. Representative of Singing River Medical Clinic
    15190 Community Rd., Suite 220
    Gulfport, MS 39503

95. Representative of Singing River Health System
    2809 Denny Ave.
    Pascagoula, MS 39581

96. Representative of Singing River Health System
    3109 Bienville Blvd.
    Ocean Springs, MS 39564

97. Representative of Singing River Medical Clinic
350 Cowan Road
Gulfport, MS 39507

98. Representative of Fast Pace Urgent Care
451 US 90
Waveland, MS 39576

99. Representative of Ochsner Urgent Care and Occupational Health-Diamondhead
4402 E. Aloha Dr., #16
Diamondhead, MS 39525

100. Representative of Fast Pace Health Urgent Care – Long Beach
110 Railroad St.
Long Beach, MS 39563

101. Representative of Southern Family Urgent Care
12303 US 49
Gulfport, MS 39503

102. Representative of VA Medical Center
400 Veterans Ave.
Biloxi, MS 39531

103. Representative of Bethesda Free Clinic
3409 Big Ridge Road
D'Iberville, MS 39540

104. Representative of EXCELth Family Health Center
2050 Caton St.
New Orleans, LA 70122

105. Representative of Paisley Family Medical Center
New Orleans, LA 70125

106. Representative of Merit Health Biloxi
150 Reynoir St.
Biloxi, MS 39530

107. Representative of Jackson County Health Department
6912 Washington Ave.
Ocean Springs, MS 39564

108. Representative of Memorial Physicians Clinics Family Practice
1759 Medical Park Dr.
Biloxi, MS 39532

109. Representative of Walgreens

110. Representative of Wal-Mart

111. Representative of CVS

112. Ronnie Penton and/or other representative of Mississippi Gulf Coast Community College
10298 Express Dr.
Gulfport, MS 39503

113. Representative of Matthews Brothers Dredging
CT Corp. System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

114. Representative of Shepherd Forest Plumbing
3522 East T C Jester Blvd.
Houston, TX 77018

115. Representative of Centerplate
Corp. Service Co.
450 Laurel St., 8th Floor
Baton Rouge, LA 70801

116. Representative of NewSouth Window Solutions
Corp. Service Co.
450 Laurel St., 8th Floor
Baton Rouge, LA 70801

117. Representative of Taylors International Services
ATTN: Records Custodian
2301 South College Ext.
Lafayette, LA 70508

118. Officer Daniel Long or other representative of Springfield Police Department
321 E. Chestnut Expressway
Springfield, MO 65802

119. Officer James Ramsey or other representative of Springfield Police Department
321 E. Chestnut Expressway

Springfield, MO 65802

120. Officer Shane Furman or other representative of Springfield Police Department
321 E. Chestnut Expressway
Springfield, MO 65802

121. Corbin Phillips

122. Ashton Sumners

123. Jon Hoffman
2735 S. McCann Ave.
Springfield, MO 64804

124. Tawny Denzer

125. Benjamin Karr

126. Whitney M. Hohensee

127. Officer Jonathan Miller or other representative of Springfield Police Department
321 E. Chestnut Expressway
Springfield, MO 65802

128. Arresting officer or other representative of Greene County Sheriff's Office
5100 W. Division St.
Springfield, MO 65802

129. William Landry
Genesis Information Services, Inc.
9029 Jefferson Highway, Suite D-109
River Ridge, LA 70123

130. Brad Brice
Genesis Information Services, Inc.
9029 Jefferson Highway, Suite D-109
River Ridge, LA 70123

131. Bernie Adams
Genesis Information Services, Inc.
9029 Jefferson Highway, Suite D-109
River Ridge, LA 70123

132. John Carroll
Genesis Information Services, Inc.
9029 Jefferson Highway, Suite D-109
River Ridge, LA 70123

133. Nancy Favaloro
Syler Favaloro
1615 Poydras St., Suite 1040
New Orleans, LA 70112

134. Dan Cliffe
5210 Pitt St.
New Orleans, LA 70115

135. Any witness identified during discovery

136. Any individual listed by any other parties to this litigation

137. Any witness necessary for impeachment

Limitation Petitioners, FMT Industries, LLC and Florida Marine, LLC; Claimants in Limitation FMT Industries, LLC. Florida Marine, LLC, and PBC Management, LLC; and Third-Party Defendants PBC Management, LLC and Florida Marine Transporters, LLC reserves the right to supplement this list of potential witnesses at any time, or in accordance with order from the court.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record via the service method indicated below:

[ ] U.S. Mail
[ ] Facsimile
[ x] Electronic Filing

This 19th day of April, 2024.

*/s/ Anthony J. Staines*

Respectfully submitted,

**STAINES, EPPLING & KENNEY, LLC**

*/s/ Anthony J. Staines*

**ANTHONY J. STAINES** (#12388)
**JAMES A. CROUCH, JR.** (#35729)
**EMILY STEVENS HARDING** (#27653)
3500 North Causeway Boulevard
Suite 820
Metairie, Louisiana 70002
Telephone: (504) 838-0019
Facsimile: (504) 838-0043
*Counsel for Limitation Petitioners, FMT Industries, LLC and Florida Marine, LLC; Claimants in Limitation FMT Industries, LLC. Florida Marine, LLC, and PBC Management, LLC; and Third-Party Defendants PBC Management, LLC and Florida Marine Transporters, LLC*